IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALEXANDER ADAM FUNICELLO,           )
                                    )
         Petitioner,                )
                                    )         1:15CV1018
    v.                              )         1:11CR315-1
                                    )
UNITED STATES OF AMERICA,           )
                                    )
         Respondent.                )

**ORDER**

This matter is before this court for review of the
Recommendation filed on December 1, 2015, by the Magistrate Judge
in accordance with 28 U.S.C. § 636(b). (Doc. 24.)  In the
Recommendation, the Magistrate Judge construes Petitioner's Letter
(Doc. 23) as a Motion to Vacate, Set Aside, or Correct Sentence
and recommends that the motion to vacate be dismissed for
Petitioner's failure to obtain certification for this § 2255
application by filing a Motion for Authorization in the court of
appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth
Circuit Local Rule 22(d). The Recommendation was served on the
parties to this action on December 1, 2015 (Doc. 25). Petitioner
timely filed objections (Doc. 26) to the Recommendation.

This court is required to "make a de novo determination of
those portions of the [Magistrate Judge's] report or specified

proposed findings or recommendations to which objection is made."

28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . . . [O]r recommit the matter

to the [M]agistrate [J]udge with instructions." Id.

Petitioner's objection indicates that he filed a "Motion

for the Appointment of Counsel and Motion under 28 U.S.C. § 2244

for [an] Order Authorizing the District Court to Consider Second

or Successive Application for Relief under 28 U.S.C. § 2255 or

2254 . . . [with] the [United States Court of Appeals for] the

Fourth Circuit." (Doc. 26 at 1; see also Doc. 27 (Petitioner's

Motion for the Appointment of Counsel and the § 2244 motion that

Petitioner filed with the Fourth Circuit).) On February 2, 2016,

the Fourth Circuit denied both the motion for counsel and

Petitioner's request to file a second or successive application

for relief under 28 U.S.C. § 2255. (Doc. 29.)[1]

Against this backdrop, this court has appropriately

reviewed the portions of the Recommendation to which objections

were made and has made a de novo determination which is in

---

[1]The Fourth Circuit's denial of Petitioner's Motion for the
Appointment of Counsel (Doc. 29) obviates any need for this
court to entertain that motion. Nevertheless, to the extent
Petitioner's filing the motion for counsel in this court (Doc.
27) requires further consideration, the court denies the motion
as Petitioner provides no grounds warranting such appointment in
this case.

- 2 -

accord with the Magistrate Judge's Recommendation.  This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Doc. 24) is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Letter (Doc. 23) is construed as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and that this action be, and is hereby, dismissed for Petitioner's failure to obtain certification for his § 2255 application as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

**IT IS FURTHER ORDERED** that Petitioner's "Motion for the Appointment of Counsel" (Doc. 27) is **DENIED** as Petitioner has provided no grounds warranting such appointment.

A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 9th day of June, 2016.

_____
United States District Judge

- 3 -